TRINETTE G. KENT (State Bar No. 222020)
10645 North Tatum Blvd., Suite 200-192
Phoenix, AZ 85028
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@lemberglaw.com

Of Counsel to
Lemberg Law, LLC
A Connecticut Law Firm
1100 Summer Street
Stamford, CT 06905
Telephone: (480) 247-9644
Facsimile: (203) 653-3424

Attorneys for Plaintiff,
Norma Virden

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| Norma Virden,<br><br>            Plaintiff,<br><br>    vs.<br><br>Rash Curtis & Associates,<br><br>            Defendant. | Case No.: 2:15-cv-01513-JAM-DAD<br><br>**ORDER DISMISSING ACTION** |

     Based on the Stipulation of counsel, the case is dismissed with prejudice, each party to bear its own attorneys' fees and costs.

Date: 10/20/2015                           /s/ John A. Mendez_____

                                           Judge: Hon. John A. Mendez

---

[PROPOSED] ORDER DISMISSING ACTION